583 So.2d 736 (1991)
In the Interest of T.T., a child, Appellant,
v.
STATE of Florida, Appellee.
No. 90-3540.
District Court of Appeal of Florida, First District.
July 23, 1991.
Rehearing Denied August 28, 1991.
Louis O. Frost, Jr., Public Defender, Ward L. Metzger, Juvenile Court Coordinator, Jacksonville, for appellant.
Robert A. Butterworth, Atty. Gen., Virlindia Doss, Asst. Atty. Gen., Tallahassee, for appellee.
PER CURIAM.
AFFIRMED. See, A.A. v. Rolle, 580 So.2d 282 (Fla. 3d DCA 1991). We certify conflict with T.D.L. v. Chinault, 570 So.2d 1335 (Fla. 2d DCA 1990).
JOANOS, C.J., and SMITH and BARFIELD, JJ., concur.